DAVID S. BRODERICK, as Administrator of the Estate of CATHERINE L. JOHNSON, Deceased, Respondent, v JAGDISH M. TRIVEDI, M.D., et al., Appellants. [890 NYS2d 862]—

Present—Hurlbutt, J.P., Smith, Centra, Green and Pine, JJ.